# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KEITH MOORE**                                                    **PLAINTIFF**
**ADC #133412**

**VS.**                 **NO. 1:10CV00109-SWW-BD**

**JOHN MAPLES, JR., et al.**                           **DEFENDANTS**

## **ORDER**

Plaintiff Keith Moore has moved to voluntarily dismiss his claims in this lawsuit. (Docket entry #33)  For good cause, the motion (#33) is GRANTED.  This case is DISMISSED, without prejudice.  The pending motion for summary judgment (#28) is DENIED as moot.

IT IS SO ORDERED this 31st day of May 2011.

                                                        /s/Susan Webber Wright
                                                        UNITED STATES DISTRICT JUDGE