UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEITH MOORE**                                                                                                      **PLAINTIFF**
**ADC #133412**

**VS.**                       **NO. 1:10CV00109-SWW-BD**

**JOHN MAPLES, JR., et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of May 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE